In the Matter of the CORRECTION AND COMPLETION OF THE REGISTRY OF ELECTORS IN THE FOURTH ELECTION DISTRICT OF THE FOURTEENTH WARD OF THE CITY OF ALBANY for the General Election to Be Held on November 7, 1933.

WILLIAM T. WENDELL et al., Appellants; HAROLD CONROY et al., Respondents.

(Argued November 2, 1933; decided November 2, 1933.)

*Frank L. Wiswall* and *Borden H. Mills* for appellants.
*Robert E. Whalen* and *Charles J. Duncan* for respondents.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Dissenting: KELLOGG, J. Not sitting: HUBBS, J.